| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | AUSA: Louis Meizlish<br>Special Agent: Matthew Smith | Telephone: (313) 226-9100<br>Telephone: (313) 226-0500 | |

# UNITED STATES DISTRICT COURT
для the

Eastern District of Michigan

United States of America
v.
Robert Howard ORR

Case No.  Case: 2:24-mj-30403
Assigned To : Unassigned
Assign. Date : 09/20/2024
Description: CMP USA V. ORR (DA)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  July 24, 2024, and September 4, 2024  in the county of  Wayne and elsewhere  in the  Eastern  District of  Michigan , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252A(a)(2) | Receive/distribute material that contains child pornograpjhy mailed/shipped |
| 18 U.S.C. 2252A(a)(5)(B) | Possess material that contains image of child pornograpy been mailed |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent  Matthew Smith, HSI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  September 20, 2024

_____
Judge's signature

City and state:  Detroit, Michigan

Honorable Kimberly G. Altman, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT

I, Matthew Smith, a special agent with Homeland Security Investigations, being duly sworn, depose and state as follows:

## INTRODUCTION

1.  I have been employed as a special agent (SA) with Homeland Security Investigations (HSI) since April 2015 and am assigned to the Cyber Group with HSI Detroit since September 2021 and the Michigan State Police (MSP) Internet Crimes Against Children (ICAC) taskforce since January 2022. While employed by HSI, I have investigated federal criminal violations related to child exploitation and child pornography. I have gained experience through the HSI Special Agent Training Academy Program and everyday work related to conducting these types of investigations. I have successfully completed the Basic Computer Evidence Recovery Training (BCERT) at the Federal Law Enforcement Training Center (FLETC), Advanced Computer Evidence Recovery Training (ACERT) at the HSI Cyber Crimes Center and the Cyber Crimes Center Mobile and Cellular Device Data Extraction course. I have received training in child pornography and child exploitation and have had the opportunity to observe and review examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged

1

in enforcing the criminal laws, including 18 U.S.C. §§ 2251, 2252, and 2252A, and I am authorized by law to request an arrest warrant.

2. This affidavit is made in support of an application for a criminal complaint and arrest warrant for Robert Howard ORR for violations of Title 18, United States Code, sections 2252A(a)(2) (receipt or distribution of child pornography) and 2252A(a)(5)(B) (possession of child pornography).

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information made available to me by other law enforcement professionals. These facts are provided for the sole purpose of establishing probable cause for the issuance of a criminal complaint and arrest warrant; therefore, this affidavit does not necessarily contain all information uncovered during this investigation. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for an arrest warrant for Robert Howard ORR.

## **PROBABLE CAUSE**

4. On September 4, 2024, the Michigan State Police (MSP) Internet Crimes Against Children Taskforce (ICAC) received two National Center for Missing and Exploited Children (NCMEC) tips submitted by MediaLab / Kik. The

NCMEC tips advised usernames tazjr4 and bowserjr.24 (both accounts linked by the same email address) uploaded approximately 45 files of suspected Child Sexually Abusive Material (CSAM). Kik flagged IP 174.210.226.139 (Port: 443) on 07-24-2024 18:19:49 UTC as uploading child pornography to another Kik user. A federal summons was sent to Verizon for user data for that IP address at that specific time. The Verizon return stated that the IP was assigned to phone number XXX-XXX-0829 at that particular time. The phone number is associated with the email address listed on the suspect Kik accounts.

5.   Two of the files are described below. Based on my training and experience, the videos described below meet the federal definition of child pornography.

- File name: [redacted]e1c.mp4

This file is a 27 second video depicting a female, approximately 3-5 years of age, being vaginally penetrated by an adult male penis. The child is laying on her back nude from the waist down on a bed. The child has her legs spread open and the adult male's erect penis is inserted into the child's vagina.

- File name: [redacted]77a.mp4

This file is a 45 second video depicting a female, approximately 3 to 5 years of age, being vaginally penetrated by an adult male. The child is

3

laying on her back on a bed with her legs spread open. An adult male is inserting his erect penis into her vagina and having sexual intercourse with the child. The child is screaming and crying during the length of the video.

6. Suspect information in the tips was listed as:

- Display Names: bowserjr.24, tazjr4, and Bobby Orr
- Email address: tazjr[redacted]@yahoo.com
- IP address: 174.210.226.139 (Port: 443) Upload 07-24-2024 18:19:33 UTC

7. A search of an open-source database available to law enforcement for the name Bobby Orr revealed a possible suspect of ROBERT ORR with a listed SOS address in Taylor, MI. The listed email address for ROBERT ORR in the database matches the Yahoo email address listed in both tips.

8. Records checks showed that ORR had been convicted on April 28, 1997, of Criminal Sexual Conduct (CSC) 1st Degree (Person Under 13) in the Third Circuit Court in Wayne County, Michigan and was listed on the Michigan Sex Offender Registry. ORR's address on the Michigan Sex Offender Registry was listed as a residence in Taylor, MI.

9. MSP ICAC submitted a search warrant to Yahoo for subscriber information regarding the tazjr[redacted]@yahoo.com email account. The search warrant return from Yahoo listed "Bobby Orr" as the name of the account holder.

The listed birthdate was the same as ORR's birth date. The listed recovery phone number for the email address was XXX-XXX-0829, which is the same as ORR's current phone number on the Michigan Sex Offender Registry.

10. A federal summons was submitted to Verizon for subscriber information associated with several IP addresses used to upload the CSAM listed in the NCMEC tips. The Verizon response provides that multiple IP addresses used to send CSAM to other Kik users were linked to ORR's phone number ending in 0829.

11. On September 11, 2024, at approximately 0520 in the morning, MSP officers conducted surveillance in the area of ORR's listed residence in Taylor, MI. Officers observed an individual later identified as ORR loading a vehicle and driving away from the residence. ORR was driving a vehicle bearing MI plate TAZJR4.

12. On September 19, 2024, a search warrant was executed at ORR's residence. ORR was present at the time of the search. ORR told officers that he had seen CSAM within the past two weeks and that he had seen CSAM on Kik. Officers located a Samsung Galaxy S24+ cell phone on the bed in ORR's bedroom. ORR provided the phone unlock code for the cellular phone. A preview of the phone revealed three videos that meet the federal definition of child pornography within the photo gallery area of the device. Two of the files are described below:

- Filename: [redacted]_20240918_221230_[redacted].mp4

This video is 29 seconds and depicts a prepubescent nude female approximately 12 to 14 years of age on her back. She is holding her legs apart while a male penis penetrates her vagina.

- Filename: [redacted]_20240918_221222_[redacted].mp4

This video is 57 seconds and depicts a prepubescent nude female approximately 10 to 12 years of age sitting with her legs spread apart in front of the camera. The minor is holding a carrot and inserts the carrot into her vagina.

Multiple selfies of ORR were present in the same folder as the above two files, and the phone number for the phone was the same number ending -0829 that was linked to the upload of child pornography by the Kik accounts, as described above.

### III. CONCLUSION

I respectfully submit that there is probable cause to believe that Robert Howard ORR violated Title 18, United States Code, sections 2252A(a)(2) (receipt or distribution of child pornography) and 2252A(a)(5)(B) (possession of child pornography), and request that the Court authorize an arrest warrant in this matter.

Respectfully submitted,

_____
Matthew Smith, Special Agent
Homeland Security Investigations

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Hon. Kimberly G. Altman
United States Magistrate Judge

Date: September 20, 2024